Roseann B. GOTTSCHALK, Appellant,

v.

Jo Anne B. BARNHART,* Commissioner of the Social Security Administration, Appellee.

No. 02–3308.

United States Court of Appeals,
Eighth Circuit.

Submitted April 24, 2003.

Decided May 1, 2003.

Before MELLOY, FAGG, and SMITH,
Circuit Judges.

PER CURIAM.

Roseann B. Gottschalk appeals the judgment of the district court ** affirming the Social Security Commissioner's denial of disability insurance benefits and supplemental security income. On appeal, Gottschalk challenges the findings of the administrative law judge (ALJ) that (1) she retained the ability to perform unskilled work, and (2) her subjective complaints were not fully credible. After careful review, we reject both of these arguments and conclude substantial evidence on the record as a whole, and in particular the findings of a consulting mental health pro-

---

* The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

* Jo Anne B. Barnhart has been appointed to serve as Commissioner of Social Security and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

** The Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

fessional, supported the ALJ's determination Gottschalk was not disabled within the meaning of the Social Security Act. *See Cunningham v. Apfel,* 222 F.3d 496, 500 (8th Cir.2000) (standard of review). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

A true copy.